UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD CREEL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, et al.,<br><br>Defendants. | Case No. 2:26-cv-02111-DC-CSK (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 2, 3, 6.) |

On July 9, 2026, the magistrate judge filed findings and recommendations (ECF No. 6), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 6.) On July 23, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 7.) However, in his objections, Plaintiff acknowledges that he filed this lawsuit prematurely, as the state law he seeks to challenge has not been passed by the California Legislature. (*Id.*) Indeed, the magistrate judge correctly found that "[b]ecause AB 2624 has not been passed into law, any threatened prosecution under AB 2624 is speculative," and the findings and recommendations correctly conclude that this court lacks jurisdiction over this action because Plaintiff has not demonstrated an injury-in-fact as required for Article III standing. (ECF No. 6 at 6.) Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.

The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are ADOPTED;
2. Plaintiff's motion to proceed IFP (ECF No. 2) is DENIED;
3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend;
4. Plaintiff's motion for a temporary restraining order (ECF No. 3) is DENIED; and
5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge